IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| LINDA FLOWERS, as conservator of the estate of Dorothy M. Young,   )<br>)<br>)<br>)<br>   Plaintiff,   )<br>)<br>   v.   )<br>)<br>COTTON STATES INSURANCE COMPANY,   )<br>)<br>)<br>)<br>   Defendant.   ) | CIVIL ACTION NO.<br>1:08cv345-MHT |

### ORDER

It is ORDERED that the motion for leave to amend (Doc. No. 15) is set for submission, without oral argument, on December 12, 2008, with all briefs due by said date.

DONE, this the 3rd day of December, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE